NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN L. MCDONALD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7078

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2258, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

Upon consideration of John L. McDonald's motion for a 45-day extension of time, until June 2, 2011, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


__APR 1 8 2011__                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk


cc:  Kenneth M. Carpenter, Esq.
     Meredyth Cohen Havasy, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2011

JAN HORBALY
CLERK